UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08CV-P260-H

**JA-RON TEAGUE**                                                         **PLAINTIFF**

**v.**

**TOM CAMPBELL** *et al.*                                          **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** as follows:

Plaintiff's constitutional claims for cruel and unusual punishment are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted;

All pending motions are **DENIED as moot**; and

Plaintiff's state law claim is **REMANDED** to the Jefferson County Small Claims Court pursuant to 28 U.S.C. §§ 1367(c)(3) and 1447(c). The Clerk of Court shall mail a *certified copy* of this Order of remand to the clerk of the Jefferson County Small Claims Court.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc: Plaintiff, *pro se*
 Counsel of record
 Clerk, Jefferson County Small Claims Court

4412.008